UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80013-CIV-DIMITROULEAS

DANIEL LUGO,

        Plaintiff,

v.

BIKINI HOSTEL, INC.,

        Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through his undersigned counsel, hereby dismisses this action without

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        s/Drew M. Levitt
        DREW M. LEVITT
        Florida Bar No. 782246
        drewmlevitt@gmail.com
        LEE D. SARKIN
        Florida Bar No. 962848
        lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard
        Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Attorneys for Plaintiff