UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80013-CIV-DIMITROULEAS

DANIEL LUGO,

    Plaintiff,

vs.

BIKINI HOSTEL, INC.,

    Defendant.

_____/

### ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 7], filed herein on April 10, 2023. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 7] is hereby **APPROVED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 10th day of April, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record